## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AIMEE MORRISON,

      Plaintiff,

v.                           Case No. 8:21-cv-2101-TPB-JSS

STATE OF FLORIDA,

      Defendant.

_____/

## ORDER DISMISSING CASE

This matter is before the Court *sua sponte*.   On August 30, 2021, Plaintiff Aimee Morrison filed a document entitled "Notice of Motion" instead of a civil complaint.   In this nearly incomprehensible filing, Plaintiff indicates that she has "received notice from multiple Senators" about a legal issue and describes what appears to be a state custody dispute from 1999.   Although *pro se* pleadings are entitled to liberal construction, *Alba v. Montford*, 517 F.3d 1249, 1252 (11th Cir. 2018),  there is no way to liberally or fairly construe Plaintiff's allegations to support any valid legal claim that should be heard by the Court.   This case is dismissed because Plaintiff has failed to present any justiciable and non-frivolous claims.

**The Court notes that it appears that Plaintiff has initiated several cases recently.[1]   Plaintiff is warned that if she continues to file frivolous**

---

[1] A search on PACER reflects that Plaintiff has filed a number of cases in recent months: *Morrison v. United States*, No. 21-2162 (Fed. Cir. 2021), *Morrison v. Beemer*, 21-cv-77-STV (D. Colo. 2021), *Morrison v. United States*, Fed. Cl. No. 21-cv-1292 (2021), *Morrison v. Brancato*, No. 21-667 (D. Nev. 2021).   Most of these cases have been dismissed as frivolous, although her appeal with the Federal Circuit was dismissed for lack of prosecution.

cases here or in any other court, she may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), including monetary sanctions or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1) This case is **DISMISSED**.

2) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this <u>20th</u> day of October, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**